FILED

DEC 28 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SILVIANO RUIZ PEREZ, | No. 06-74148 |
| Petitioner, | |
| v. | Agency No. A079-586-741 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Silviano Ruiz Perez, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

RB/Research

immigration judge's ("IJ") order denying his application for adjustment of status and waiver under 8 U.S.C. § 1182(i). We dismiss the petition for review.

We generally lack jurisdiction by statute to review the agency's discretionary decision to deny a waiver under 8 U.S.C. § 1182(i). *See* 8 U.S.C. § 1182(i)(2) ("No court shall have jurisdiction to review a decision on action of the Attorney General regarding a waiver under paragraph 1"). Ruiz Perez's due process challenge does not amount to a colorable constitutional claim that would invoke our jurisdiction. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

We also lack jurisdiction to review Ruiz Perez's contention of IJ bias because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DISMISSED**.